IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-117-RAH |
| | ) | |
| JASON MCWILLIAMS | ) | |

**<u>ORDER</u>**

Pending before the Court is the Motion to Suppress All Evidence Seized (Doc. 68) filed by Defendant Jason McWilliams. On August 23, 2023, the Magistrate Judge recommended that the Motion should be denied. (Doc. 84.) There are no objections. This Court has reviewed the record and the Recommendation of the Magistrate Judge. Accordingly, it is

ORDERED as follows:

1. The Recommendation (Doc. 84) of the Magistrate Judge is ADOPTED; and

2. The Motion to Suppress (Doc. 84) is DENIED.

DONE, on this the 14th day of September 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE